
FILED
CLERK, U.S. DISTRICT COURT
1/28/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. TAM THIEN VU, DEFENDANT(S). | CASE NUMBER 8:19-mj-00032-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant's counsel__, IT IS ORDERED that a detention hearing is set for __Thurday, January 31, 2019__, _____, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __Maria A. Audero__, in Courtroom __690__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __January 28, 2019__

HON. MARIA A. AUDERO, United States Magistrate Judge